**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01227-CR

### SHELTON L. BONDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-255**

## ORDER

The Court **DENIES** as moot court reporter Deborah Hamon's January 22, 2015 request for an extension of time to file the reporter's record. Ms. Hamon indicated the record would be filed late on the evening of January 22, 2015, but the Court has not yet received the reporter's record. We **ORDER** Ms. Hamon to file the complete reporter's record, including all exhibits admitted into evidence, within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Deborah Hamon, official court reporter, County Court at Law; Mary Ann Lee, official court reporter, 382nd Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
JUSTICE